UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 23-31394-CGB |
| | § | |
| AWNINGS, CANOPIES & SHADES OF EL PASO, INC. | § § § § § | |
| Debtor(s) | | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held. Any response must be timely filed with the United States Bankruptcy Clerk, Western District of Texas, 511 E. San Antonio Ave., Rm. 444, EL PASO, TX 79901. If a timely response is filed, the Court will then set a hearing on the Motion, and you will be provided with notice of the date, time, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the Motion.**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ronald E. Ingalls, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

511 E. San Antonio Ave., Rm. 444, EL PASO, TX 79901

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/07/2025     By: /s/ Ronald E. Ingalls
                                Trustee

Ronald E. Ingalls

UST Form 101-7-NFR (10/1/2010)

PO Box 2867
Fredericksburg, TX 78624

Phone: (830) 321-0878
Fax: (830) 321-0913

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In re: §  Case No. 23-31394-CGB
§
**AWNINGS, CANOPIES & SHADES OF** §
**EL PASO, INC.** §
§
§
**Debtor(s)** §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $450,972.56
*and approved disbursements of* $188,589.61
*leaving a balance on hand of[1]:* $262,382.95

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1BP | City of El Paso | $1,425.23 | $1,425.23 | $2,120.76 | $0.00 |
| 1RP | City of El Paso | $13,925.62 | $13,925.62 | $17,905.27 | $0.00 |
| 10 | WestStar Bank | $46,057.37 | $46,057.37 | $52,968.92 | $0.00 |
| 14 | TX Comp of Public Accts c/o OAG | $10,294.34 | $10,777.99 | $10,777.99 | $0.00 |
| 18 | City of El Paso | $8,469.05 | $4,695.08 | $4,695.08 | $0.00 |
| 20 | United States Small Business Administration | $54,903.93 | $54,903.93 | $55,793.81 | $0.00 |
| 22 | Hunter-Kelsey of Texas LLC | $11,326.01 | $11,326.01 | $13,027.72 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $262,382.95

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total** | **Interim** | **Proposed** |
|---|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

|                                                                                                   | Requested   | Payments to Date | Payment     |
|---------------------------------------------------------------------------------------------------|-------------|------------------|-------------|
| Ronald Ingalls, Trustee Fees                                                                      | $25,798.63  | $0.00            | $25,798.63  |
| Ronald Ingalls, Trustee Expenses                                                                  | $1,160.97   | $0.00            | $1,160.97   |
| John Mosley, Accountant for Trustee Fees                                                          | $4,040.00   | $4,040.00        | $0.00       |
| Larry Otten Auctioneers, LLC, Auctioneer for Trustee Fees                                         | $0.00       | $1,464.75        | $0.00       |
| US Bankruptcy Clerk - El Paso, Clerk of the Court Costs                                           | $398.00     | $398.00          | $0.00       |
| Other: Auctions Unlimited, Auctioneer for Trustee Fees                                            | $0.00       | $0.00            | $0.00       |
| Other: Larry Otten Auctioneers, LLC, Auctioneer for Trustee Fees                                  | $0.00       | $1,464.75        | $0.00       |
| Other: Home Pro RE Group - realtor for buyer commissions, Realtor for Trustee Fees                | $9,780.00   | $9,780.00        | $0.00       |
| Other: NAI El Paso realtor - for Trustee commissions, Other Professional Fees                     | $9,780.00   | $9,780.00        | $0.00       |
| Other: John Mosley, Other Professional Expenses                                                   | $58.80      | $58.80           | $0.00       |
| Other: Larry Otten Auctioneers, LLC, Other Professional Expenses                                  | $0.00       | $600.00          | $0.00       |
| Other: Auctions Unlimited, Other Professional Expenses                                            | $0.00       | $0.00            | $0.00       |
| Other: Larry Otten Auctioneers, LLC, Other Professional Expenses                                  | $0.00       | $600.00          | $0.00       |

Total to be paid for chapter 7 administrative expenses:  $26,959.60
Remaining balance:  $235,423.35

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:  $0.00
Remaining balance:  $235,423.35

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $96,037.36 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3W | Aurora Trujillo Solis | $15,150.00 | $0.00 | $15,150.00 |
| 5W | Samuel Lorenzo Solis | $15,150.00 | $0.00 | $15,150.00 |
| 7W | Nora Nevarez Solis | $15,150.00 | $0.00 | $15,150.00 |
| 11P | Internal Revenue Service | $44,910.74 | $0.00 | $44,910.74 |
| 15P | Suzanne Hubbard | $2,011.58 | $0.00 | $2,011.58 |
| | Internal Revenue Service (FUTA) Federal Unemployment (Employer) | $126.00 | $0.00 | $126.00 |
| | Internal Revenue Service Medicare (Employer) | $659.04 | $0.00 | $659.04 |
| | Internal Revenue Service Social Security (Employer) | $2,817.90 | $0.00 | $2,817.90 |
| | Texas Workforce Commission State Unemployment (Employer) | $62.10 | $0.00 | $62.10 |

                Total to be paid to priority claims:     $96,037.36
                                Remaining balance:     $139,385.99

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $235,204.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 59.3 percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Group Genuine Contractors. Inc | $1,031.52 | $0.00 | $611.29 |
| 3U | Aurora Trujillo Solis | $22,296.28 | $0.00 | $13,213.12 |
| 4 | Aurora Trujillo Solis | $37,519.51 | $0.00 | $22,234.64 |
| 5U | Samuel Lorenzo Solis | $2,359.82 | $0.00 | $1,398.47 |
| 6 | Samuel Lorenzo Solis | $32,458.89 | $0.00 | $19,235.64 |
| 7U | Nora Nevarez Solis | $1,396.53 | $0.00 | $827.61 |
| 8 | Nora Nevarez Solis | $39,865.04 | $0.00 | $23,624.64 |
| 9 | Katherine E. LaBounty | $2,313.76 | $0.00 | $1,371.17 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 12 | Kalisch Steel Corp. | $1,020.42 | $0.00 | $604.72 |
| 13 | Intersew Machine Co. Inc | $436.44 | $0.00 | $258.64 |
| 16 | SW Sun Control Products, Inc. | $11,110.96 | $0.00 | $6,584.53 |
| 17 | Texas Mutual Insurance Company | $702.60 | $0.00 | $416.37 |
| 19 | LEAF Capital Funding, LLC | $4,058.19 | $0.00 | $2,404.95 |
| 21 | ODK Capital, LLC | $78,634.80 | $0.00 | $46,600.20 |

Total to be paid to timely general unsecured claims:     $139,385.99
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $10,918.84 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 11U | Internal Revenue Service | $10,918.84 | $0.00 | $0.00 |

Total to be paid for subordinated claims:     $0.00
Remaining balance:     $0.00

Prepared By: /s/ Ronald E. Ingalls
        Trustee

Ronald E. Ingalls
PO Box 2867
Fredericksburg, TX 78624

Phone: (830) 321-0878
Fax: (830) 321-0913


STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**